# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JACQUELINE STOKES** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX OF STATE COURT MATERIALS

| No. | Date Filed or Entered | Document |
|---|---|---|
| A-1 | N/A | Docket Sheet |
| A-2 | 09/16/2021 | Plaintiff's Original Petition |
| A-3 | 10/07/2021 | Request for citation |
| A-4 | 10/13/2021 | Citation |
| A-5 | 10/18/2021 | Officer's Return |

# Exhibit A-1

## Case Information

DC-21-13874 | JACQUELINE STOKES vs. THE TRAVELERS INDEMNITY COMPANY

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-13874 | 191st District Court | SLAUGHTER, GENA |
| File Date | Case Type | Case Status |
| 09/16/2021 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF
STOKES, JACQUELINE

Active Attorneys ▾

Lead Attorney
ARNOLD, BRIAN R
Retained

DEFENDANT
THE TRAVELERS INDEMNITY COMPANY

Address
BY SERVING REGISTERED AGENT CORPORATION SERVICE
COMPANY
211 EAST 7TH ST. STE. 620
AUSTIN TX 78701-3218

## Events and Hearings

09/16/2021 NEW CASE FILED (OCA) - CIVIL

09/16/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

09/16/2021 ISSUE CITATION ▾

ISSUE CITATION - THE TRAVELERS INDEMNITY CO.

10/07/2021 REQUEST FOR SERVICE ▾

ISSUE CITATION

Comment
ISSUE CITATION

10/13/2021 CITATION ▾

Served
10/16/2021

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
10/18/2021
Comment
THE TRAVELERS INDEMNITY COMPANY

10/18/2021 RETURN OF SERVICE ▾

RETURN OF SERVICE - THE TRAVELERS INDEMNITY COMPANY

Comment
EXECUTED CITATION - THE TRAVELERS INDEMNITY COMPANY - CERT MAIL

## Financial

STOKES, JACQUELINE

Total Financial Assessment                    $386.00
Total Payments and Credits                  $386.00

| | | | | |
|---|---|---|---|---|
| 9/17/2021 | Transaction Assessment | | | $368.00 |
| 9/17/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 62469-2021-DCLK | STOKES, JACQUELINE | ($368.00) |
| 10/13/2021 | Transaction Assessment | | | $18.00 |
| 10/13/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 68256-2021-DCLK | STOKES, JACQUELINE | ($18.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION

ISSUE CITATION - THE TRAVELERS INDEMNITY CO.

RETURN OF SERVICE - THE TRAVELERS INDEMNITY COMPANY

# Exhibit A-2

FILED
9/16/2021 11:54 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Kayla Buckley DEPUTY

CAUSE NO. DC-21-13874
_____

| | | |
|---|---|---|
| **JACQUELINE STOKES** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | 191st |
| **V.** | § | _____ **JUDICIAL DISTRICT OF** |
| | § | |
| | § | |
| **THE TRAVELERS INDEMNITY** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Plaintiff, **JACQUELINE STOKES**, hereinafter called Plaintiff, complaining of and about **THE TRAVELERS INDEMNITY COMPANY**, hereinafter called "Defendant"; and would show unto the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### II. CLAIMS FOR RELIEF

2.      Plaintiff seeks monetary relief of at least 1,000,000.00. The damages sought are within the jurisdictional limits of this Court.

### III. PARTIES AND SERVICE

3.      Plaintiff, JACQUELINE STOKES, is an Individual whose address is  3302 Silver Springs Way, Rowlett, Texas 75089-2864.

4.      The last three digits of the driver's license number of JACQUELINE STOKES are ___. The last three digits of the social security number for JACQUELINE STOKES are 983.

**PLAINTIFF'S ORIGINAL PETITION**                                    **PAGE 1**

5.      Defendant **THE TRAVELERS INDEMNITY COMPANY**, (hereinafter sometimes referred to as "Travelers" of "Traveler's Insurance"), is a Corporation an insurance company which is authorized to do business in the State of Texas, and service of process on the Defendant may be effected pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code, **by serving the registered agent of the defendant/corporation, Corporation Service Company, 211 East 7th St., Suite 620, Austin, Texas 78701-3218, its registered office.** Service of said Defendant as described above can be effected by certified mail.

## IV.  JURISDICTION AND VENUE

6.      The subject matter in controversy is within the jurisdictional limits of this court.

7.      This court has jurisdiction over the parties because the contract or agreement between the parties was consummated in Texas.

8.      Venue in Dallas County is proper in this cause under Section 1952.110(1) of the Texas Insurance Code because a policyholder or beneficiary under the insurance policy sued hereupon resided in said county at the time of the accident.

## V.  FACTS

9.      On or about September 16, 2017, Plaintiff was operating her vehicle in a lawful manner in Dallas County, Texas, when an underinsured vehicle failed to control his/her speed, and violently struck Plaintiff from behind at the 2500 block of George Bush Freeway and Jupiter Road, then fled the scene before the police arrived. The impact of the collision caused Plaintiff to suffer debilitating injuries to her head, back, neck, ankle and body generally. These injuries resulted in severe pain and mental anguish which continue

to date. In fact, Plaintiff continues to experience pain and discomfort. In all medical probability Plaintiff will continue to experience pain and disability for some time in the future, if not for the rest of her life.

10.     As a direct and proximate cause of the accident, Plaintiff, Jacqueline Stokes, sustained bodily injuries and property damage.

## VI. CLAIM FOR UNINSURED BENEFITS

11.     On September 16, 2017, the date of the collision, Jacqueline Stokes was covered by insurance issued by Defendant, policy number OCPR28-995178561-222-1. (This automobile insurance was offered by Travelers and underwritten by Consumers County Mutual Insurance Company (CCM). This policy included coverage for uninsured motorists. Plaintiff, Jacqueline Stokes, is a valid "covered person" under this policy as the insured.

12.     Defendant was timely informed of the accident and that Plaintiff intended to claim under uninsured benefits in a timely manner. Plaintiff took reasonable steps after the loss to protect against further damage to Plaintiff's property.  Defendant was invited to inspect and appraise Plaintiff's damaged property before repair or disposal.

13.     The driver responsible for this accident did not have liability coverage. The injuries and property damage sustained by Plaintiff were not the result of intentional acts, but were accidental and caused by the negligence of the uninsured driver.  Plaintiff hereby seeks recovery for injuries and property damage under uninsured coverage.

14.     Defendant has refused to pay any benefits under the policy to Plaintiff, or has failed to properly evaluate, adjust and pay Plaintiff's claim, to date.

**PLAINTIFF'S ORIGINAL PETITION**                                                          **PAGE 3**

## VII. DECEPTIVE TRADE PRACTICES

15.     Plaintiff would show that Defendant engaged in certain false, misleading and deceptive acts, practices and/or omissions actionable under the Texas Deceptive Trade Practices - Consumer Protection Act (Texas Business and Commerce Code, Chapter 17.41, et seq.), as alleged hereinbelow.

16.     Unconscionable Action or Course of Action.   Defendant engaged in an "unconscionable action or course of action" to the detriment of Plaintiff as that term is defined by Section 17.45(5) of the Texas Business and Commerce Code, by taking advantage of the lack of knowledge, ability, experience, or capacity of Plaintiff to a grossly unfair degree.

17.     Violations of Section 17.46(b).  Defendant violated Section 17.46(b) of the Texas Business and Commerce Code, in that Defendant:

(a)     advertised goods or services with intent not to sell them as advertised; and

(b)     represented that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law.

## VIII.  UNFAIR CLAIM SETTLEMENT PRACTICES

18.      Defendant engaged in unfair claim settlement practices prohibited by Title 5 of the Texas Insurance Code, to wit:

(a)     misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

(b)     failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear;

**PLAINTIFF'S ORIGINAL PETITION**                                           **PAGE 4**

4

(c)    failing to provide promptly to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or for the offer of a compromise settlement of a claim;

(d)    failing within a reasonable time to: (1) affirm or deny coverage of a claim to a policyholder; or (2) submit a reservation of rights to a policyholder;

(e)    refusing, failing, or unreasonably delaying an offer of settlement under applicable first-party coverage on the basis that other coverage may be available or that third parties are responsible for the damages suffered, except as may be specifically provided in the policy; and

(f)    refusing to pay a claim without conducting a reasonable investigation with respect to the claim.

19.    <u>Misrepresentation of Insurance Policy</u>.    Defendant misrepresented an insurance policy as prohibited by Title 5 of the Texas Insurance Code.

20.    <u>Unfair and Deceptive Acts or Practices</u>.  Defendant also engaged in unfair and deceptive acts or practices prohibited by Title 5 of the Texas Insurance Code, to wit:

(a)    making, issuing, circulating, or causing to be made, issued or circulated, any estimate, illustration, circular or statement misrepresenting the terms of any policy issued or to be issued or the benefits or advantages promised thereby or the dividends or share of the surplus to be received thereon, or making any false or misleading statements as to the dividends or share of surplus previously paid on similar policies, or making any misleading representation or any misrepresentation as to the financial condition of any insurer, or as to the legal reserve system upon which any life insurer operates, or using any name or title of any policy or class of

policies misrepresenting the true nature thereof, or making any misrepresentation to any policyholder insured in any company for the purpose of inducing or tending to induce such policyholder to lapse, forfeit, or surrender his insurance; and

(b)    making, publishing, disseminating, circulating or placing before the public, or causing, directly or indirectly, to be made, published, disseminated, circulated, or placed before the public, in a newspaper, magazine or other publication, or in the form of a notice, circular, pamphlet, letter or poster, or over any radio or television station, or in any other way, an advertisement, announcement or statement containing any assertion, representation or statement with respect to the business of insurance or with respect to any person in the conduct of his insurance business, which is untrue, deceptive or misleading.

21.    Producing Cause.    Plaintiff would show that the acts, practices and/or omissions complained of were the producing cause of Plaintiff's damages more fully described hereinbelow.

22.    Reliance.    Plaintiff would further show the acts, practices and/or omissions complained of under Section 17.46(b) of the Texas Business and Commerce Code and Title 5 of the Texas Insurance Code were relied upon by Plaintiff to Plaintiff's detriment.

## IX.  BREACH OF CONTRACT

23.    Plaintiff would further show that the actions and/or omissions of Defendant described hereinabove constitute breach of contract, which proximately caused the direct and consequential damages of Plaintiff described hereinbelow, and for which Plaintiff hereby sues.

**PLAINTIFF'S ORIGINAL PETITION**                                                      **PAGE 6**

6

## X.  DAMAGES FOR PLAINTIFF, JACQUELINE STOKES

24.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Jacqueline Stokes was caused to suffer debilitating injuries to her neck, shoulder, back, knees, ankle, extremities and body generally . She continues to suffer from pain and numbness in her neck and extremities and periodic exacerbations of her overall symptoms which are extremely painful and at times incapacitating.

Some of the ill effects of her injuries are permanent and will abide with the said Plaintiff for a long time in the future if not for the remainder of her natural life.  As a further result of the nature and consequences of her injuries, Plaintiff has suffered great physical and mental pain, suffering and anguish, and in all reasonable probability will continue to suffer in this manner for a long time into the future, if not for the remainder of her natural life.

Plaintiff has incurred  medical expenses, which were necessary for the care and treatment of the injuries sustained by Plaintiff, all of which are directly attributable to the accident in question.  It is expected that Plaintiff shall require and incur additional care and medical expenses due to the injuries she sustained.  The charges for the aforementioned care and expenses were the usual and customary charges for such services in Dallas County, Texas and surrounding counties.

25.    More specifically, as a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, JACQUELINE STOKES has incurred the following:

A.    Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff, JACQUELINE STOKES for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in DALLAS County,

Texas;

B.      Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.      Physical pain and suffering in the past;

D.      Physical pain and suffering in the future;

E.      Physical impairment in the past;

F.      Physical impairment which, in all reasonable probability, will be suffered in the future;

G.      Loss of earnings in the past;

H.      Loss of earning capacity which will, in all probability, be incurred in the future;

I.      Loss of Household Services in the past;

J.      Loss of Household Services in the future;

K.      Disfigurement in the past;

L.      Disfigurement in the future;

M.      Mental anguish in the past;

N.      Mental anguish in the future;

O.      Fear of future disease or condition;

P.      Cost of medical monitoring and prevention in the future;

Q.      loss of consortium;

R.      Property damages; and

S.      Attorney's fees and costs.

## XI. EXEMPLARY DAMAGES

26.     Plaintiff would further show that the acts and omissions of Defendant

**PLAINTIFF'S ORIGINAL PETITION**                                                    **PAGE 8**

complained of herein were committed knowingly, willfully, intentionally, with actual awareness, and with the specific and predetermined intention of enriching said Defendant at the expense of Plaintiff.  In order to punish said Defendant for such unconscionable overreaching and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from Defendant for exemplary damages as provided by Section 41.003(1) of the Texas Civil Practice and Remedies Code.

## XII.  ATTORNEY'S FEES

27.     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by:  (a) Section 17.50(d) of the Texas Business and Commerce Code; (b) Section 16(b)(1), Title 5 of the Texas Insurance Code; (c) Chapter 38 of the Texas Civil Practice and Remedies Code; and, (d) common law.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, JACQUELINE STOKES, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; reasonable attorneys fees if applicable; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

**PLAINTIFF'S ORIGINAL PETITION**                                             **PAGE 9**

Respectfully submitted,

Brian R. Arnold and Associates

By: _____
Brian R. Arnold
Texas Bar No. 01340195
600 W. Campbell Road, Suite 3
Richardson, Texas  75080
Tel. (214)739-42166
Fax. (972) 476-1114
E-mail: arnoldenda@aol.com
Attorney for Plaintiff
JACQUELINE STOKES

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Brian Arnold on behalf of Brian Arnold
Bar No. 1340195
barnoldlaw1@gmail.com
Envelope ID: 57312614
Status as of 9/17/2021 7:21 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian R.Arnold | | barnoldlaw1@gmail.com | 9/16/2021 11:54:02 AM | SENT |

# Exhibit A-3

FILED
10/7/2021 2:41 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Shelia Bradley DEPUTY

# BRIAN R. ARNOLD & ASSOCIATES
## ATTORNEYS AND COUNSELORS AT LAW
### 600 W. Campbell Road, Suite 3
### Richardson, Texas 75080

Brian R. Arnold
E-Mail: arnoldenda@aol.com

Telephone (214) 739-4216
Facsimile (972) 476-1114

September 29, 2021

Ms. Felicia Pitre,
Dallas County District Clerk
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, First Floor
Dallas, Texas 75202

Re:   Cause No. DC-21-13874; Jacqueline Stokes vs. The Travelers Indemnity Company, in the 191st Judicial District Court, Dallas County, Texas

Dear Sirs/Madames:

Please prepare a citation for service on the following party in regard to the above-referenced matter:

**Defendant, THE TRAVELERS INDEMNITY COMPANY**

This party may be served by serving the registered agent of the defendant/corporation, **Corporation Service Company, 211 East 7th St., Suite 620, Austin, Texas 78701-3218**:

Contemporaneous with the filing of this letter we are paying the $8.00 fee for citation and a $10.00 copy fee.

If you should have any questions, please do not hesitate to contact the undersigned. Thank you for your assistance and cooperation in this matter.

Very truly yours,

Brian R. Arnold

BRA:ka
Attachment

1

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Brian Arnold on behalf of Brian Arnold
Bar No. 1340195
arnoldenda@aol.com
Envelope ID: 57984265
Status as of 10/13/2021 8:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian R.Arnold | | barnoldlaw1@gmail.com | 10/7/2021 2:41:03 PM | SENT |

# Exhibit A-4

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**    **THE TRAVELERS INDEMNITY COMPANY**
**BY SERVING REGISTERED AGENT CORPORATION SERVICE COMPANY**
**211 EAST 7TH ST STE 620**
**AUSTIN TX  78701-3218**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days
after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be
addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JACQUELINE STOKES**

Filed in said Court  **16th day of September, 2021** against

**THE TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered **DC-21-13874,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this
citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of October, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_ Deputy
    CARLENIA BOULIGNY

---

**CERT MAIL**

**CITATION**

**DC-21-13874**

**JACQUELINE STOKES**
Vs.
**THE TRAVELERS INDEMNITY COMPANY**

ISSUED THIS
**13th day of October, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

---

**Attorney for Plaintiff**
**BRIAN R ARNOLD**
BRIAN R ARNOLD & ASSOCIATES
600 W CAMPBELL RD
STE 3
RICHARDSON TX  75080-3357
214-739-4216
**arnoldenda@aol.com**

**DALLAS COUNTY CONSTABLE**
**FEES**          **FEES NOT**
**PAID**          **PAID**

## OFFICER'S RETURN

Case No. : DC-21-13874

Court No.191st District Court

Style: JACQUELINE STOKES

Vs.

THE TRAVELERS INDEMNITY COMPANY

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at

_____, within the County of _____ at _____ o'clock _____ .M. on the

_____ day of _____, 20_____, by delivering to the within named

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  For serving Citation | $ _____ | _____ |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | by _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ . County _____



FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN SR COURT BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689

**9214 8901 0661 5400 0167 8257 33**

**RETURN RECEIPT (ELECTRONIC)**

**DC 21-13874 - CBOULIGNY - 10/13/2021**

THE TRAVELERS INDEMNITY COMPANY
BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
211 E 7TH ST STE 620
**AUSTIN, TX 78701-3218**

---

CUT / FOLD HERE

Zone 3

---

6"X9" ENVELOPE
CUT / FOLD HERE

---

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91

# Exhibit A-5

**FORM NO. 353-3 - CITATION**
**THE STATE OF TEXAS**

FILED

21 OCT 18 AM 8: 06

To:     **THE TRAVELERS INDEMNITY COMPANY**
        **BY SERVING REGISTERED AGENT CORPORATION SERVICE COMPANY**
        **211 EAST 7TH ST STE 620**
        **AUSTIN TX  78701-3218**

DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days
after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be
addressed to the clerk of the **191st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JACQUELINE STOKES**

Filed in said Court  **16th day of September, 2021** against

**THE TRAVELERS INDEMNITY COMPANY**

For Suit, said suit being numbered <u>**DC-21-13874,**</u> the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this
citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of October, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____
        CARLENIA BOULIGNY                    Deputy

---

**CERT MAIL**

**CITATION**

**DC-21-13874**

**JACQUELINE STOKES**
Vs.
**THE TRAVELERS INDEMNITY COMPANY**

ISSUED THIS
**13th day of October, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

_____

**Attorney for Plaintiff**
**BRIAN R ARNOLD**
BRIAN R ARNOLD & ASSOCIATES
600 W CAMPBELL RD
STE 3
RICHARDSON TX  75080-3357
214-739-4216
**arnoldenda@aol.com**

DALLAS COUNTY CONSTABLE
**FEES          FEES NOT**
**PAID          PAID**

## OFFICER'S RETURN

Case No. :  DC-21-13874

Court No.191st District Court

Style: JACQUELINE STOKES

 Vs.

THE TRAVELERS INDEMNITY COMPANY

Came to hand on the ____*13th*____ day of ____*October*____, 20 *21*____, at ____*9:28*____ o'clock ____*A*____.M. Executed at _____, within the County of _____ at _____ o'clock _____.M. on the _____day of_____, 20_____, by delivering to the within named

_____

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ *76.00* | _____ |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | by _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

## OFFICER'S RETURN

Case No. :  DC-21-13874

Court No.191st District Court

Style: JACQUELINE STOKES

 Vs.

THE TRAVELERS INDEMNITY COMPANY

Came to hand on the **13**TH day of **OCTOBER, 20**21**, at 9:28** o'clock **A.**M. Executed at **211 E 7**TH **ST., STE. 620, AUSTIN, TX 78701-3218**

within the County of _____ at **12:41** o'clock **P.**M. on the **16**TH day of **OCTOBER, 20**21, by delivering to the within

named **TRAVELERS PERSONAL INSURANCE COMPANY BY SERVING ATTORNEY FOR SERVICE CORPORATION SERVICE**

**COMPANYBY US CERTIFIED MAIL RETURN RECEIPT RECEIVED AND SIGNED BY WILLIAN NICHOLS.**

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  | For serving Citation | $ **76.00** | **WILLIAM NICHOLS** |
| --- | --- | --- | --- |
| For mileage | $ _____ | of _____ County, · | FELICIA PITRE |
| For Notary | $ _____ | by *Carrienia Bouligna* | DISTRICT CLERK 400 COMMERCE STREET |

(Must be verified if served outside the State of Texas.)

**Deputy**

DALLAS, TEXAS 75202-4606

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**CERT MAIL 9214 8901 0661 5400 0167 8257 33**

**UNITED STATES POSTAL SERVICE**

October 16, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0167 8601 92**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 16, 2021, 12:41 pm |
| **Location:** | AUSTIN, TX 78701 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | TRAVELERS PERSONAL INSURANCE COMPANY |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000167860192
DC 21-14790 - CBOULIGNY - 10/13/2021
TRAVELERS PERSONAL INSURANCE COMPANY
BY SERVING ATTORNEY FOR SERVICE
Corporation Service Company
211 E 7th St Ste 620
Austin, TX  78701-3218