CIVIL ACTION NO. 3:21-cv-02746

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court:

   | Court | Case Number |
   |---|---|
   | 191st Judicial District of Dallas County, Texas | DC-21-13874 |

2. **Style of the Case:**

   Jacqueline Stokes
   v.
   The Travelers Indemnity Company

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaim(s), Crossclaimant(s), and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | **PLAINTIFF:**<br><br>**Jaqueline Stokes** | Brian R. Arnold<br>State Bar No. 01340195<br>BRIAN R. ARNOLD AND ASSOCIATES<br>600 W. Campbell Road, Suite 3<br>Richardson, Texas 75080<br>(214) 739-4216 (Telephone)<br>(972) 476-1114 (Facsimile) |

| Party and Party Type | Attorney(s) |
|---|---|
| **DEFENDANT:**<br><br>**The Travelers Indemnity Company** | Wm. Lance Lewis<br>Texas Bar No. 12314560 |
| | Alissa Puckett<br>Texas Bar No. 24056886 |
| | QUILLING, SELANDER, LOWNDS,<br>    WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 871-2100 (Telephone)<br>(214) 871-2111 (Facsimile) |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?        Yes

   If "*Yes*" by which party and on what date?

   **Party**                                      **Date**

   Plaintiff                                      September 16, 2021

4. **Answer:**

   Was an Answer made in State Court?             No

   If "*Yes*" by which party and on what date?

   **Party**                                      **Date**

   N/A

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   **Party**                                      **Reason(s) for No Service**

   N/A

**6.     Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

**Party**                                               **Reason**

None


**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

**Party**        **Claims**

Plaintiff:       Plaintiff seeks damages under an automobile insurance policy and asserts claims for breach of contract, violations of the Texas Deceptive Trade Practices – Consumer Protection Act, and violations of the Texas Insurance Code.

Defendant:   Defendant denies that any of Plaintiff's causes of action or claims have merit.